# United States District Court
## Southern District of Georgia
Dublin Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs | * | CASE NUMBER  3:13 CR 004 |
| NATHAN E. GUNDY | * | |
| | * | |

## MINUTE ORDER

The above captioned case having come on for hearing this 3rd day of December, 2013, and the following motions having been ruled on orally, said rulings, as listed, are hereby made the judgment of this Court:

Defendant's "Notice of Demand for Change of Venue" is DENIED.

SO ORDERED, this 3rd day of December, 2013

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA