# United States District Court
## Southern District of Georgia
Augusta Division

UNITED STATES OF AMERICA )

vs ) CASE NUMBER 3:13 CR 004

NATHAN E. GUNDY )

*U.S. DISTRICT COURT Southern District of Georgia Filed in Office — 12:59 P.M. 12-3-2013*

## ORDER

The above captioned case having come on for jury trial the week of _December 2, 2013_ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to _the Government_, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

_Government Exhibits 2, 3, 4 and 6._

SO ORDERED, this _3RD_ day of _December_, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA