UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR313-4-1 |
| NATHAN E. GUNDY, | ) |
| Defendant | ) |

## ORDER

The government's motion for release of <u>ex parte</u> hearing transcripts is granted. The clerk is ordered to release to the government only copies of the transcripts of <u>ex parte</u> hearings this Court held on July 12, 2013 (Doc. 222) and on August 27, 2013 (Doc. 223). The clerk shall not release them to any other person nor make them available on PACER.

This 12th day of June, 2015.

_____
HON. DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE