FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUN 22 PM 3: 14
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CR: 313-4-1 |
| | ) | |
| NATHAN E. GUNDY, | ) | |

## ORDER

The government's "motion to unseal filing for limited purpose" is granted. Doc. No. 75-3 is unsealed for the limited purpose of allowing the government to generally cite the correspondence in response to Gundy's arguments on appeal. In addition, the Clerk shall ensure that Doc. 75-3 is not publically available over PACER.

This 22nd day of June, 2015, at Augusta, Georgia.

HON. DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE